IN THE UNITED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAPOLEON SAN MARTIN AND § <br> SIDIA SAN MARTIN § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> PROPERTY & CASUALTY § <br> INSURANCE COMPANY OF § <br> HARTFORD, RJMW CLAIMS § <br> SERVICES, KYLE MOSS AND § <br> CONNIE FLORES § <br>     Defendants. § | | CIVIL ACTION NO. 4:09-cv-1718 |

**PLAINTIFFS NAPOLEON SAN MARTIN'S AND SIDIA SAN MARTIN'S
CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Plaintiffs, Napoleon San Martin and Sidia San Martin and hereby provide the Court

with the following identification of interested parties, pursuant to the Court's Order of Conference

and Disclosure of Interested Parties:

        1.    Napoleon San Martin
               Plaintiff

        2.    Sidia San Martin
               Plaintiff

3.       René M. Sigman
          Texas State Bar No. 24037492
          Southern District No. 900984
          Attorney-in-charge
          rmsigman@mostynlaw.com
          J. Steve Mostyn
          The Mostyn Law Firm
          Texas State Bar No. 00798389
          Southern District No. 21550
          200 Westcott
          Houston, Texas 77007
          Telephone: (713)861-6616 / Facsimile: (713)861-8084
          Counsel for Plaintiffs

4.       Property & Casualty Insurance Company of Hartford
          Defendant

5.       RJMW Claims Services
          Defendant

6        Kyle Moss
          Defendant

7.       Connie Flores
          Defendant

8.       Christopher W. Martin
          Texas Bar No. 13057620
          Federal No. 13515
          martin@mdwlaw.com
          Martin R. Sadler
          Texas Bar No. 00788842
          Federal ID No. 18230
          Clara M. Toman
          Texas Bar No. 24047856
          Federal ID No. 918975
          Martin, Disiere, Jefferson & Wisdom, L.L.P.
          808 Travis, Suite 1800
          Houston, Texas 77002
          Telephone: (713) 632-1700 / Facsimile: (713) 222-0101
          Attorney-in- Charge for Defendant Property & Casualty Insurance Company of Hartford

In accordance with this Court's Order, if new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel shall promptly file an amended certificate with the clerk.

Respectfully submitted,

THE MOSTYN LAW FIRM

BY:   /s/ René M. Sigman
        René M. Sigman
        Texas State Bar No. 24037492
        J. Steve Mostyn
        The Mostyn Law Firm
        Texas State Bar No. 00798389
        200 Westcott
        Houston, Texas 77007
        Telephone: (713)861-6616
        Facsimile:  (713)861-8084

ATTORNEYS-IN-CHARGE FOR PLAINTIFFS
NAPOLEON SAN MARTIN AND
SIDIA SAN MARTIN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Plaintiffs Napoleon San Martin's and Sidia San Martin's Certificate of Interested Parties* was served on the attorney in charge for Defendants by electronic filing pursuant to the Federal Rules of Civil Procedure, on this, the 19 day of June, 2009.

/s/ René M. Sigman
René M. Sigman