IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAPOLEON SAN MARTIN AND<br>SIDIA SAN MARTIN<br><br>Plaintiffs,<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE<br>COMPANY OF HARTFORD, RJMW<br>CLAIMS SERVICES, KYLE MOSS and<br>CONNIE FLORES<br><br>Defendants. | §§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:09-cv-01718 |

### PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD'S <u>CERTIFICATE OF INTERESTED PARTIES</u>

Defendant Property and Casualty Insurance Company of Hartford ("Hartford") files this Certificate of Interested Parties and states the following:

The persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that may be financially interested in the outcome of this litigation are:

1. Napoleon San Martin

    *Plaintiff*

2. Sidia San Martin

    *Plaintiff*

3. Property and Casualty Insurance Company of Hartford

    *Defendant*

4. Connie Flores

    *Defendant*

5. RJMW Claims Services

*Defendant*

6. Kyle Moss

    *Defendant*

7. Hartford Financial Services Group, Inc.

    *Parent Corporation of Property and Casualty Insurance Company of Hartford.*

>   Respectfully submitted,
>
>   MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
>
>   */s/ Christopher W. Martin*
>   Christopher W. Martin
>   Texas Bar No.: 13057620
>   Federal ID No. 13515
>   martin@mdjwlaw.com
>   808 Travis Street, Suite 1800
>   Houston, Texas 77002
>   Telephone: (713) 632-1700
>   Facsimile: (713) 222-0101
>
>   **Attorney-in-Charge for Defendant,**
>   **Property and Casualty Insurance Company of Hartford**

OF COUNSEL:

Martin R. Sadler
Texas Bar No.: 00788842
Federal ID No. 18230
sadler@mdjwlaw.com
Clara M. Toman
Texas Bar No.: 24047856
Federal ID No. 918975
toman@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2009, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF to:

Ms. Rene Sigman
The Mostyn Law Firm
200 Westcott
Houston, Texas 77007

*/s/ Martin R. Sadler*
Martin R. Sadler